IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| STACY ANICE SALISBURY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:13-00147 |
| v. ) | Senior Judge Haynes |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

ORDER

In accordance with the Memorandum filed herewith, the Plaintiff's motion for judgment on the administrative record (Docket Entry No. 9) is **DENIED** and Commissioner's decision is **AFFIRMED**. This action is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 30th day of March, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge